IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

      Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

      Defendant(s).

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiff's Motion for Telephone Testimony at Preliminary Injunction Hearing, filed April 21, 2006, is **GRANTED**.  Scott Carlisle, Rex Halterman, and Roy Davis are permitted to testify by telephone at the hearing on Plaintiff's Motion for Preliminary Injunction, set to commence April 25, 2006.

      Dated:  April 21, 2006

                          s/ Michelle M. Merz
                          Law Clerk to
                          Wiley Y. Daniel
                          U. S. District Judge