IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

    Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

    Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on Defendants' Motion to Continue the hearing on Plaintiff's Motion for Preliminary Injunction, filed April 21, 2006 ("Motion to Continue").  A hearing on Plaintiff's Motion for Preliminary Injunction was set to commence at 9:00 a.m. on April 25, 2006.  On April 24, 2006, I ordered that a hearing on Defendants' Motion to Continue was to take place on April 25, 2006, at 9:00 a.m., and permitted Defendants to appear at the hearing by telephone.  For the reasons stated on record at the April 25, 2006, hearing, it is hereby

ORDERED that Defendants' Motion to Continue the hearing on Plaintiff's Motion for Preliminary Injunction, filed April 21, 2006, is **GRANTED**.  It is

FURTHER ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction is reset for one and one-half days, commencing **Monday, June 5, 2006, at**

**8:30 a.m.**  It is

FURTHER ORDERED that Defendants shall file a response to the Motion for Preliminary Injunction no later than **Monday, May 15, 2006**.  It is

FURTHER ORDERED that Plaintiff shall file any reply in support of the Motion for Preliminary Injunction no later than **Friday, May 26, 2006**.  It is

FURTHER ORDERED that the parties shall exchange witness and exhibit lists no later than **Tuesday, May 30, 2006**.  It is

FURTHER ORDERED that witness lists, exhibit lists, and objections thereto shall be filed no later than **Thursday, June 1, 2006**.  It is

FURTHER ORDERED that if either party desires to have witnesses appear at the hearing on the Motion for Preliminary Injunction by video conference, they shall file an appropriate motion no later than **Thursday, June 1, 2006**.

Dated:  April 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge