IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

     Plaintiff(s),

v.

JAMES SMITH,
NATALIE SMITH, d/b/a LEGACY CARVED DOORS,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendants' Motion to Cancel Conference dated May 16, 2006 (doc. 22) is denied.  The scheduling conference set for June 8, 2006 at 9:30 a.m. will continue as scheduled.


Dated:  May 19, 2006