IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on the Suggestion of Bankruptcy filed May 22, 2006 (docket #28). Defendants have filed a voluntary Petition in the United States Court for the District of Colorado pursuant to Chapter 7 of the United States Bankruptcy Code (Case No. 06-cv-12610-HRT). Pursuant to United States Bankruptcy Code, 11 U.S.C. § 362(a), this case is **STAYED**. In accordance therewith, it is hereby

ORDERED that the Hearing on Plaintiff's Motion for Preliminary Injunction, set to commence June 5, 2006, is **VACATED**. It is

FURTHER ORDERED that, pursuant to the Minute Order entered by Magistrate Judge Coan on May 23, 2006, counsel shall file Status Reports regarding the status of the bankruptcy proceedings beginning July 1, 2006 and every three months thereafter until further order of the Court.

Dated: May 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge