IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

      Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

      Defendant(s).

---

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendants' Motion to Dismiss Case, filed August 1, 2006, (docket #34) is **DENIED WITHOUT PREJUDICE**.  This case is STAYED due to Defendants' voluntary filing of Chapter 7 Bankruptcy in Case No. 06-cv-12610-HRT.  This Court will take no further action in this matter until the automatic stay is lifted.

      Dated:  August 1, 2006