IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

     Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

     Defendant(s).

---

**ORDER**

---

THIS MATTER is before the Court on the Notice of Filing Order Granting Motion for Relief From Stay, filed by Plaintiff on October 4, 2006.  Attached to the Notice is an Order Granting Motion for Relief From Stay, issued by the United States Bankruptcy Court for the District of Colorado on August 22, 2006, in Bankruptcy Case No. 06-12610-HRT.  The Order states that Plaintiff is permitted to pursue all non-monetary remedies against Defendants James Smith and Natalie Smith in this civil case.

In light of the Bankruptcy Court's Order, the hearing on Plaintiff's Motion for Preliminary Injunction, filed March 24, 2006 (docket #3), is **RESET** for a full-day hearing on **Friday, October 27, 2006, at 8:30 a.m.**

Dated:  October 4, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge