## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Wiley Y. Daniel

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | J. Chris Smith (a.m.) | Date: | October 27, 2006 |
| | Shelley Moore (p.m.) | | |
| Court Reporter: | Kara Spitler | | |

_____

Civil Action No: **06-cv-00466-WYD-PAC**        Counsel:

**CATHERINE L. BESTLAND**,                        Susan D. Holappa by video
                                                 Lisa C. Walter
    Plaintiff,

v.

**JAMES SMITH, and**                              *Pro Se* - Appearance by telephone
**NATALIE SMITH,**                                *Pro Se* - Appearance by telephone
d/b/a Legacy Carved Doors,

    Defendants.

_____

### COURTROOM MINUTES
_____

**Hearing on Plaintiff's Motion for Preliminary Injunction (continued from April 25, 2006)**

**8:51 a.m.     Court in session**.

Court's opening remarks and appearances of counsel and defendants.

Discussion between Court and defendants regarding their appearance by telephone.

Discussion between Ms. Holappa, Mr. Smith and Court regarding parties' respective positions.

Parties agree to confer off record.

**9:15 a.m.     Court in recess.**
**10:23 a.m.    Court in session.**

Parties advise the Court that an agreement could not be reached.

Judge Wiley Y. Daniel
06-cv-00466-WYD-PAC - Courtroom Minutes

---

All witnesses appear via video conference.

10:24 a.m.   Plaintiff's witness, Catherine L. Bestland, sworn.

Direct examination of Ms. Bestland by Ms. Holappa.

**Plaintiff's Exhibits 1-9 offered and received.**
**Plaintiff's Exhibits 10, 11, 12, 23, 24, 25, 26, 27, 22, 17, 18 and 20 identified, offered and received.**
Plaintiff's Exhibit 19 identified.

11:31 a.m.   Cross examination of Ms. Bestland by Mr. Smith.

11:56 a.m.   Discussion regarding scheduling.

**12:00 p.m.   Court in recess.**
**1:42 p.m.    Court in session.**

1:42 p.m.    Continued cross examination of Ms. Bestland by Mr. Smith.

1:57 p.m.    Redirect of Ms. Bestland by Ms. Holappa.

No re-cross examination by Mr. Smith.

1:58 p.m.    Witness is excused.

1:59 p.m.    Plaintiff's witness, James Henry Smith, sworn.

Direct examination of Mr. Smith by Ms. Holappa.

Witness is directed to Plaintiff's Exhibits 33, 37, and 19.

2:54 p.m.    Discussion regarding scheduling.

**2:55 p.m.   Court in recess.**
**3:18 p.m.   Court in session.**

3:18 p.m.    Mr. Smith presents testimony in narrative form.

3:32 p.m.    Witness is excused.

Judge Wiley Y. Daniel
06-cv-00466-WYD-PAC - Courtroom Minutes

---

3:33 p.m.     The Court instructs Ms. Holappa to skip cross examination of Mr. Smith at this time, and directs her to call her remaining witnesses.

3:34 p.m.     Plaintiff's witness, Joan Sanderson, sworn.

Witness is directed to Plaintiff's Exhibits 1, 15, 5, 6-9, 15, 2.
**Plaintiff's Exhibit 15 is offered and received.**

3:39 p.m.     Cross examination of Ms. Sanderson by Mr. Smith.

3:40 p.m.     Witness is excused.

3:41 p.m.     Plaintiff's witness, Rex Halterman, sworn.

Witness is directed to Plaintiff's Exhibits 14, 1-9.
**Plaintiff's Exhibit 14 is offered and received.**

3:47 p.m.     Cross examination of Mr. Halterman by Mr. Smith.

There will be no redirect examination due to time constraints.

3:54 p.m.     The witness is excused.

3:54 p.m.     Plaintiff's witness, Roy Davis, sworn.

Witness is directed to Plaintiff's Exhibits 16, 1-9.
**Plaintiff's Exhibit 16 is offered and received.**

3:57 p.m.     Cross examination of Mr. Davis by Mr. Smith.

3:58 p.m.     The witness is excused.

Plaintiff rests.

3:59 p.m.     Ms. Holappa presents argument on Plaintiff's Motion for Preliminary Injunction.

4:08 p.m.     Mr. Smith presents argument on the same.

**ORDERED:**   Plaintiff's Motion for Preliminary Injunction, filed March 24, 2006 [3] is GRANTED as outlined on the record. Bond is set in the amount of $250.00.

Judge Wiley Y. Daniel
06-cv-00466-WYD-PAC - Courtroom Minutes

---

**ORDERED:** Ms. Holappa shall provide a proposed order granting the Motion for Preliminary Injunction to the Court.

**ORDERED:** Defendants' Motion to Dismiss Case, filed October 19, 2006 [46] is DENIED as outlined on the record.

**4:16 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 4 :12**