IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

    Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Deny Submittal of Witness Affidavits, filed October 27, 2006 (docket #56), is **DENIED AS MOOT**.

    Dated:  October 30, 2006