IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00466-WYD-PAC

CATHERINE L. BESTLAND,

    Plaintiff(s),

v.

JAMES SMITH;
NATALIE SMITH;
d/b/a LEGACY CARVED DOORS,

    Defendant(s).

---

**ORDER FOR PERMANENT INJUNCTION AND FINAL
JUDGMENT AGAINST DEFENDANTS NATALIE SMITH
AND JAMES SMITH, D/B/A LEGACY CARVED DOORS**

---

THIS MATTER comes before the Court on the parties' Stipulated Motion for Entry of Permanent Injunction Against Defendants in this case.

In accordance with said Stipulated Motion, the Court makes the following Order for Permanent Injunction against Defendants Natalie R. Smith and James H. Smith, d/b/a Legacy Carved Doors (Defendants):

1. Plaintiff Catherine L. Bestland (Bestland) commenced this action for a preliminary injunction pursuant to 17 U.S.C. § 502(a) by service of a Summons and Complaint on March 21 and 22, 2006.

2. Jurisdiction and venue are proper in the District of Colorado because Bestland and Defendants all reside in the State of Colorado.

3. Effective November 23, 2005, the U.S. Copyright Office issued Copyright Registration No. VAU677-050 ("the Registration") to Bestland for Bestland's drawings and wood carved derivative works of Bestland's drawings including:

   a. Aspen Eyes

   b. Grizz

   c. Bugle Boy

   d. Freebird

   e. Wild Thang

   f. Macho Mulie

   g. Rise to the Occasion

   h. Moose on the Loose

   i. Veritas

(collectively, the "Copyrighted Works").

4. The Copyright Works have been copied and offered for sale by Defendants under the following names:

| **Bestland's Title** | **Defendants' Title** |
|---|---|
| Aspen Eyes | Serenity |
| Grizz | Rambler |
| Bugle Boy | Revelee |
| Freebird | Heritage |
| Wild Thang | Same Title |
| Rise to the Occasion | Morning Rise |

      Moose on the Loose      Living Large

5. The conduct, practices and activities of Defendants have subjected Bestland to irreparable harm, loss and damage. Those actions and conduct have resulted, and will continue to result, in business, customers, monies, contracts, sales, goodwill and loyalty intended for Bestland to be diverted to Defendants.

6. The conduct, practices and activities of Defendants constitute an unlawful infringement, appropriation and/or simulation of Bestland's Copyrighted Works, in violation of 17 U.S.C. § 501, *et seq.*

7. Bestland is entitled to injunctive relief, permanently enjoining and restraining Defendants, as well as those in active concert and participation with them, from further violations of Bestland's rights.

8. Based upon the foregoing, and the parties' Stipulation for Permanent Injunction Against Defendants James and Natalie Smith d/b/a Legacy Carved Doors,

IT IS HEREBY ORDERED that:

    a. Judgment shall be, and hereby is entered in favor of Bestland and against Defendants, jointly and severally, for the relief described in the following Paragraphs of this Order.

    b. Defendants and their respective officers, directors, agents, servants, employees, attorneys and other representatives, as well as those in active concert and participation with them, are hereby permanently enjoined and prohibited from: (a) selling, advertising, offering for sale, or otherwise using in any way any of the Copyrighted Works (as enumerated above);

      (b) advertising, offering for sale, selling or otherwise using any art, reproductions or other materials which contain all or any part of the Copyrighted Works; (c) representing, through affirmative action or omission, that they have any association or relationship with Bestland or the Copyrighted Works; and (d) making any false, misleading or defamatory statements about Bestland and/or any individual associated with Bestland.

c.     This permanent injunction is operable throughout the United States and shall be enforceable, through contempt proceedings or otherwise, by any United States court having jurisdiction of the person enjoined. 17 U.S.C. §502(b).

d.     Defendants shall, within 10 days of the date of entry of this Order, deliver to Bestland or its authorized agent all labels, signs, reproductions, carved doors, transparencies, art, prints, packages, wrappers, receptacles, advertisements, plates, and other means of making the same, which use all or any portion of the Copyrighted Works, or any reproduction, counterfeit, copy or colorable imitation of the Copyrighted Works. Any law enforcement officer may and shall, by force if necessary, seize any such items or enter any premises necessary to recover possession of any such items and deliver such items to Bestland or her authorized agent.

e.     This Order shall be operable throughout the United States and shall be enforceable, through contempt proceedings or otherwise, by any United

States court having jurisdiction of the Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge